UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE GABRIEL,<br><br>                              Plaintiff(s),<br><br>vs.<br><br>METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>                              Defendant(s). | Case No. 2:16-cv-00887-JCM-NJK<br><br>ORDER |

Pending before the Court is a discovery plan. Docket No. 9. Without explanation, the discovery plan seeks to calculate the discovery period from the date of the filing of a joint status report. *See id.* The Local Rules provide that the discovery period is calculated from the date of the first appearance by a defendant. Local Rule 26-1(b)(1). In this instance, Defendant filed an answer in state court and removed the case to this Court on April 19, 2016. Docket No. 1. The Court finds that the discovery period should be calculated from April 19, 2016. Accordingly, the discovery plan is **DENIED**. The parties shall file an amended discovery plan in accordance with this order no later than June 3, 2016.

IT IS SO ORDERED.

DATED: May 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge